IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-115 |
| Plaintiff, | ) ) | 18 U.S.C. §§ 2113(a) & (d): Bank Robbery |
| vs. | ) ) | |
| RYAN JACK RANDLES, | ) ) | |
| Defendant. | ) ) | |

## **INDICTMENT**

The Grand Jury charges:

On or about October 20, 2010, in the Northern District of Iowa, defendant RYAN JACK RANDLES, by force, violence and intimidation did take from the person and presence of another, approximately $5,676 in money belonging to and in the care, custody, control, management and possession of the Keokuk County State Bank in Williamsburg, Iowa, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, defendant RYAN JACK RANDLES did assault another person.

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY
And filed 7/26/2011
ROBERT L. PHELPS, CLERK

This in violation of Title 18, United States Codes, Sections 2113 (a) and 2113(d).

A TRUE BILL
/s/Forerperson

_____  7/26/11
Grand Jury Foreperson        Date

STEPHANIE M. ROSE
United States Attorney

By: _____
Sean R. Berry
Assistant United States Attorney

2