IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 11-115 |
| vs. | ) ) | |
| RYAN JACK RANDLES, | ) ) | |
| Defendant. | ) ) | |

## SENTENCING MEMORANDUM

I. **SUMMARY OF THE CASE**

Sentencing is currently scheduled for December 6, 2012, at 9:00 a.m. Pursuant to the Order Setting Sentencing Hearing, the United States provides the following information:

A. **Witnesses:** None.

B. **Exhibits:** None.

C. **Issues:** None.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By /s/

ANTHONY MORFITT
Assistant United States Attorney
111 Seventh Ave SE, Box 1
Cedar Rapids, IA 52401
319-363-6333
319-363-1990 (Fax)
Tony.Morfitt@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on November 20, 2012.

UNITED STATES ATTORNEY

BY: /s/

COPIES TO:
JoAnne Lilledahl
Daren Schumaker, USPO