IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: CR 11-115 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT'S SENTENCING |
| RYAN JACK RANDLES, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |

Ryan Jack Randles, through counsel, hereby submits the following sentencing memorandum for the sentencing set at 9:00 a.m. on December 6, 2012.

### I. Witnesses

Defendant does not anticipates calling any witnesses at the sentencing hearing.

### II. Exhibits

Defendant does not anticipate submitting any exhibits at the sentencing hearing.

### III. Issues

There are no disputed issues to be resolved at the sentencing hearing. The only guideline issue for the court to consider is whether Defendant's sentence should be imposed to run concurrently, partially concurrently, or consecutively to his prior undischarged terms of imprisonment in Polk County, Iowa, Case No. FECR244592, and Iowa County, Iowa Case No. FECR010414. *See* USSG § 5G1.3.

1

FEDERAL DEFENDER'S OFFICE
320 Third Street SE, Suite 200
Cedar Rapids, IA 52401-1542
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542


BY:/s/: JoAnne M. Lilledahl
JOANNE M. LILLEDAHL
joanne_lilledahl@fd.org
ATTORNEY FOR DEFENDANT,
RYAN JACK RANDLES

cc:  U.S. Attorney's Office
     U.S. Probation Office

**Certificate of Service**

I served a copy of this document on the attorneys of record of all parties as follows:

1. Method of service:    ( x )   electronic mail

2. Date served:   November 21, 2012

I declare that the statements above are true to the best of my information, knowledge, and belief.

By:  /s/ C. Maas

2

Case 1:11-cr-00115-CJW-MAR   Document 45   Filed 11/21/12   Page 2 of 2