8/13/18

To Clerk of Court,

RECEIVED AUG 20 2018

Could you please send me my docket sheet
My Name is Ryan Randles
Fed-id # 12194-029
SS#
D.O.B

Signed X *[signature]*

Please SEND to:

Ryan Randles # 12194-029
Federal Correctional Institution - Cumberland
P.O. BOX 1000
CUMBERLAND, MARYLAND
21501-1000

RYAN KANDLES #12194-029
Federal Correctional Institution-Cumberland
P.O. Box 1000
Cumberland, Maryland
21501-1000



8/14/18

United States Courthouse
Internal Box #12
Cedar Rapids, Iowa
52401-2101

